UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------X
IN RE:  TERM COMMODITIES              :
COTTON FUTURES LITIGATION             :
                                      :  MASTER DOCKET
                                      :  No. 12-cv-5126 (ALC) (KNF)
                                      :
                                      :
This Document Relates To:  All Actions :
                                      :
                                      :
                                      :
-------------------------------------------------------X
```

### DEFENDANTS' NOTICE OF MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Stephen Ehrenberg, dated November 28, 2012, and the exhibits attached thereto, Defendants will move this Court, before the Honorable Andrew L. Carter, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York on a date and time to be set by the Court, for an Order granting Defendants' Motion to Dismiss all claims asserted against them in the Consolidated Amended Complaint and to grant such other and further relief as the Court deems just and proper.

Dated:  New York, New York
        November 28, 2012

                                          Respectfully submitted,

                                        /s/ Stephen Ehrenberg
                                        Bruce E. Clark (clarkb@sullcrom.com)
                                        Stephen Ehrenberg (ehrenbergs@sullcrom.com)
                                        SULLIVAN & CROMWELL LLP
                                        125 Broad Street
                                        New York, New York  10004
                                        (212) 558-4000

                                        *Attorneys for All Defendants*